UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CHARLES MICHAEL GOFF,<br><br>    Defendant. | Case No. 2:18-cr-00200-MMD-DJA-1<br><br>ORDER |

Before the Court is Charles Michael Goff's letter seeking clarification about his sentence. (ECF No. 91.) Under LR IA 7-1(b), nearly all correspondence with the Court must be filed as a motion. The Court will strike Goff's letter for noncompliance with this rule. *See id.* Moreover, parties represented by counsel are generally prohibited from filing anything directly with the Court. They must instead have their counsel file motions on their behalf. However, the Clerk of Court is directed to forward a copy of (ECF No. 91) to Goff's counsel, and counsel is directed to meet and confer with her client regarding the subject matter of Goff's letter. Goff's counsel may then of course file a motion for clarification if she believes one is warranted.

The Clerk of Court is further directed to strike Goff's letter (ECF No. 91).

DATED THIS 2nd Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE